# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

2:09-cr-271

U.S.A. vs. Ralif Zyhier (aka: Rayan Warwell)        Docket No. ~~00-00064-002 (ED/NY)~~

**Petition on Supervised Release**

    COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Ralif Zyhier, who was placed on supervision by the Honorable Nina Gershon, sitting in the Court at Brooklyn, New York, on the 21st day of December 2004, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Shall pay a $100 special assessment
- Shall participate in urine testing and drug treatment as directed

| | |
|---|---|
| 12/21/04: | Felon in Possession of a Firearm; 46 months' imprisonment, followed by 3 years' supervised release. |
| 05/06/08: | Released to supervision; Currently supervised by U.S. Probation Officer Donald A. Covington. |
| 07/08/09: | Jurisdiction transferred from the Eastern District of New York to the Western District of Pennsylvania. |

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

    Your Petitioner reports that the supervised releasee has violated the following conditions of supervised release:

**The defendant shall not commit another Federal, State or local crime.**

    In the Allegheny County Court of Common Pleas on August 25, 2009, at Criminal Docket No. CP-02-CR-0007697-2009, the supervised releasee pled guilty to Driving Under the Influence, and was sentenced by Judge McDaniel to 2 days' imprisonment and 6 months' probation.

**The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.**

    A urine sample taken on May 5, 2009, tested positive for marijuana.

FILED 2009 SEP 14 PM 3:45 US DISTRICT COURT CLERK

U.S.A. vs. Ralif Zyhier (aka: Rayan Warwell)
Docket No. 00-00064-002
Page 2

PRAYING THAT THE COURT WILL ORDER that the supervised releasee appear in Federal Court, Courtroom No. **3A**, **3RD** Floor, U.S. Post Office and Courthouse, Pittsburgh, Pennsylvania, with legal counsel on **TUESDAY, OCTOBER 6, 2009** at **1:30 PM**, to show cause why supervision should not be revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 4, 2009

ORDER OF COURT

Considered and ordered this **28th** day of **Sept**, 20**09** and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge

_____
Donald A. Covington
U.S. Probation Officer

_____
Roselyn Gerson
Supervising U.S. Probation Officer

Place:   Pittsburgh, PA