# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Ralif Zyhier (aka: Rayan Warwell)          Docket No. 09-00271-001

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Ralif Zyhier, who was placed on supervision by the Honorable Nina Gershon, sitting in the Court at Brooklyn, New York, on the 21st day of December 2004, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Shall pay a $100 special assessment
- Shall participate in urine testing and drug treatment as directed

| | |
|---|---|
| 12-21-04: | Felon in Possession of a Firearm: 46 months' imprisonment, followed by 3 years' supervised release. |
| 05-06-08: | Released to supervision; Currently supervised by U.S. Probation Officer Donald A. Covington. |
| 07-08-09: | Jurisdiction transferred from the Eastern District of New York to the Western District of Pennsylvania. |
| 10-30-09: | Supervision modified to include placement on home detention for 3 months. |

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Your Petitioner reports that the supervised releasee has violated the following conditions of supervised release:

Your petitioner reports that on October 30, 2009, the conditions of supervised release were modified to include placement at the Renewal Center for 3 months. Your petitioner reports that the supervised releasee was discharged from the Renewal Center prior to 3 months for violating program rules. Your petitioner requests that as a sanction for failing to complete his 3 months at the Renewal Center, that the supervised releasee be placed on home detention with electronic monitoring for a period of 6 months

2010 JAN 26 PH 2:52
CLERK
US DISTRICT COURT
FILED

U.S.A. vs. Ralif Zyhier (aka: Ryan Warwell)
Docket No. 09-00271-001
Page 2

PRAYING THAT THE COURT WILL ORDER that the conditions of supervised release be modified to include placement on home detention with electronic monitoring for a period of 6 months.

|  |  |
|---|---|
| **ORDER OF COURT**<br><br>Considered and ordered this __27th__ day of __Jan__, 20 _10_ and ordered filed and made a part of the records in the above case.<br><br>_/s/ signature_<br><br>U.S. District Judge | I declare under penalty of perjury that the foregoing is true and correct.<br><br>Executed on   January 25, 2010<br><br>_/s/ Donald O. Covington_<br>Donald A. Covington<br>U.S. Probation Officer<br><br>_/s/ D. Covington for Roselyn Gerson_<br>Roselyn Gerson<br>Supervising U.S. Probation Officer<br><br>Place:   Pittsburgh, PA |