Prob 12
(Rev. 3/88)

FILED

# UNITED STATES DISTRICT COURT
2010 MAY 21 PM 2:51
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

CLERK
US DISTRICT COURT

**U.S.A. vs. Ralif Zyhier (aka: Ryan Warwell)**                    **Docket No.** 09-00271-001

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Ralif Zyhier, who was placed on supervision by the Honorable Nina Gershon, sitting in the Court at Brooklyn, New York, on the 21st day of December 2004 , who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Shall pay a $100 special assessment
- Shall complete a substance abuse treatment program.

| | |
|---|---|
| 12-21-04: | Felon in Possession of a Firearm; 46 months' imprisonment, followed by 3 years' supervised release. |
| 05-06-08: | Released to supervision; currently supervised by USPO Jeffrey A. Birt. |
| 07-08-09: | Jurisdiction Transferred from the Eastern District of New York to the Western District of Pennsylvania. |
| 10-30-09: | Order signed, Judge Gary L. Lancaster, term of supervised release modified to include a special condition of placement at the Renewal Center for 3 months. |
| 01-15-10: | Unsuccessfully discharged from the Renewal Center. |
| 01-27-10: | Petition signed, Judge Lancaster, term of supervised release modified to include a special condition of placement on home detention with electronic monitoring for 6 months. |

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Your Petitioner reports that the supervised releasee has violated the following conditions of supervised release:

**Shall be placed on home detention with electronic monitoring for a period of 6 months.**

On May 8, 2010, the defendant left his residence and removed his electronic monitoring transmitter from his ankle. The electronic monitoring equipment was subsequently retrieved from the porch of the residence. To date, the defendant's whereabouts is unknown.

**The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.**

Urine specimens collected from the defendant on March 3, 2010, and April 26, 2010, tested positive for marijuana.

**Shall complete a s substance abuse treatment program.**

The defendant was referred to Renewal Treatment, Inc., for weekly substance abuse treatment sessions in April 2010. To date, he has missed two consecutive scheduled appointments (May 10, 2010 and May 17, 2010)

**The defendant shall notify the probation officer at least ten days prior to any change in residence or employment.**

The defendant no longer resides at his last known residence. To date, his current whereabouts is unknown.

**PRAYING THAT THE COURT WILL ORDER that a bench warrant be issued for the supervised releasee's arrest and that bond be set in the amount of $10,000.00 cash.**

I declare under penalty of perjury that the foregoing is true and correct.

ORDER OF COURT

Considered and ordered this __26__ day of ___, 20 _10_ and ordered filed and made a part of the records in the above case.

_____
United States District Judge

Executed on                May 21, 2010
_____

_____
Mike DiBiasi
Supervising U.S. Probation Officer

Place:          Pittsburgh, Pennsylvania
_____